FILED

NOV 27 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

  v.

TRENT SCENTAIL SMITH,

        Defendant - Appellant.

No. 24-2294

D.C. No. 6:16-cr-00002-DLC-1

MEMORANDUM*

Appeal from the United States District Court
for the District of Montana
Dana L. Christensen, District Judge, Presiding

Submitted November 20, 2024**

Before:    CANBY, TALLMAN, and CLIFTON, Circuit Judges.

Trent Scentail Smith appeals from the district court's order denying his

motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).  We have

jurisdiction under 28 U.S.C. § 1291.  Reviewing for abuse of

discretion, *see United States v. Keller*, 2 F.4th 1278, 1281 (9th Cir. 2021), we

_____

    \*      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

    \*\*     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

affirm.

Smith contends that he presented extraordinary and compelling reasons for release and that the district court failed to apprehend or consider his arguments. The record reflects, however, that the district court understood and considered Smith's arguments, including his arguments regarding the alleged racial disparity reflected in his sentence and the alleged delays in diagnosis and treatment for his medical conditions. The district court reasonably concluded that Smith's medical conditions were not extraordinary and compelling reasons for release because they are being adequately treated by the Bureau of Prisons. The court also did not abuse its discretion in concluding that the 18 U.S.C. § 3553(a) factors, including the nature of the offense and Smith's significant criminal history, weighed against release. *See Keller*, 2 F.4th at 1284; *see also United States v. Hinkson*, 585 F.3d 1247, 1262 (9th Cir. 2009) (en banc) (district court abuses its discretion only where its decision is illogical, implausible, or without support in the record).

**AFFIRMED.**